No. 41482.—Petitions 5713–R, etc., of R. W. Gresham (Cleveland).

Opinion by CLINE, J.   A question arose as to whether 10 percent should have been added to the invoice prices.   It was found that there was no intention to

defraud the revenue or to conceal or misrepresent the facts of the case. The petition was therefore granted.